

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00350-CV

**IN RE** Elizabeth Anne **RUSSELL**

Original Mandamus Proceeding[1]

Opinion by:    Lori I. Valenzuela, Justice
Concurring Opinion by : Velia J. Meza, Justice

Sitting:        Lori I. Valenzuela, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: July 22, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On April 30, 2026, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary relief, requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. We granted the stay.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record before us, this court concludes relator

---

[1] This proceeding arises out of Cause No. 2021CI16104, styled *In the Matter of the Marriage of Michelle Acosta and Carlos Lazos and In the Interest of J.C.L., a Minor Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

has not shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

Lori I. Valenzuela, Justice